UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CELESTINO PACHECO LOPEZ,

        JUDGMENT
        14-CV- 4443 (PKC)

        Plaintiff,

-against-

MOHAMMED MOHAMMED, KIRSTEN
GOLDBERG, EL-RAWSHEH CAFÉ &
RESTAURANT INC., EL-RAWSHEH CAFÉ
INC., EL-RAWHSEH CUISINE INC., d/b/a
EL-RAWSHEH,

        Defendants.
----------------------------------------------------------X

        An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on November 24, 2014, granting Plaintiff's motion for a default judgment; awarding Plaintiff a total judgment of $59,440.43; and ordering that damages are awarded, jointly and severally from Defendants as follows:

        1. $11,893.00 in unpaid minimum wage compensation,

        2. $8,706.50 in unpaid overtime compensation,

        3. $2,770.25 in unpaid "spread of hours" premiums,

        4. $23,369.75 in liquidated damages,

        5. $1,996.93 in prejudgment interest,

        6. $5,000 in statutory penalties,

        7. $5,130 in attorneys' fees, and

        8. $574 in costs; it is

**JUDGMENT** 14-CV-4443 (PKC)

further, ordering that the Clerk of Court's judgment should provide that pursuant to New York Labor Law Section 198(4), any unpaid amount of Plaintiff's award set forth above that " remains unpaid upon the expiration of ninety (90) days following the issuance of judgment, or ninety (90) days after expiration of the time to appeal and no appeal ins then pending, whichever is later," shall increase by 15%; it is

      ORDERED and ADJUDGED that Plaintiff's motion for a default judgment is granted; and that judgment is hereby entered in favor of Plaintiff Celestino Pacheco Lopez and against Defendants Mohammed Mohammed, Kirsten Goldberg, El-Rawsheh Café & Restaurant Inc., El-Rawsheh Café Inc., El-Rawsheh Cuisine Inc., d/b/a El-Rawsheh, jointly and severally, in the total amount of $59,440.43; and that it is further,

      ORDERED and ADJUDGED that pursuant to New York Labor Law Section 198(4), any unpaid amount of Plaintiff's award set forth above that "remains unpaid upon the expiration of ninety (90) days following the issuance of judgment, or ninety (90) days after expiration of the time to appeal and no appeal is then pending, whichever is later," shall increase by 15%.

Dated: Brooklyn, New York  
      November 26, 2014

Douglas C. Palmer  
Clerk of Court

by:   */s/ Janet Hamilton*  
      Deputy Clerk