FORM 1

NOTICE OF APPEAL



RECEIVED
DEC 22 2014
Rec'd 12/30/14 wa
PRO SE OFFICE

* * * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
EASTER DISTRICT OF NEW YORK.

Celestino Pocheca Lopez
    plaintiff.
Mohammed Mohommed
Et, AL —

NOTICE OF APPEAL

14-cv-4443-(PKC).
Docket No.

Notice is hereby given that MOHAMAD MOHAMAD .
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) Judgement

entered in this action on the 11 day of 24 , 20 14.

_____
Signature

MOHAMAD MOHAMAD
Printed Name

25-48 Steinway st
Address

ASTORIA NY 11103

(718) 267-6222 .
Telephone No. (with area code)

Date: 12/22/14 .