ROBERT FOX, ESQ.
630 Third Avenue
New York, New York 10017
(212) 867-9595


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| CELESTINO PACHECO LOPEZ, | Case No. 14-CV-4443 (PKC) |
| Plaintiff, | NOTICE OF MOTION |
| MOHAMMED MOHAMMED, KIRSTEN GOLDBERG, EL-RAWSHEH CAFÉ & RESTAURANT, INC., EL-RAWSHEH CAFÉ, INC., EL RAWSHEH CUISINE, INC., d/b/a EL-RAWSHEH, | |
| Defendants. | |

_____

PLEASE TAKE NOTICE that upon the annexed Affidavits of George Fanous, Mohammed Mohammed and Ihab Ilbana, and the annexed Affirmation of Susan Adler and upon all the papers heretofore had herein, Defendants Mohammed Mohammed, El-Rawsheh Café & Restaurant, Inc., El-Rawsheh Café, Inc., and El Rawsheh Cuisine, Inc. d/b/a El-Rawsheh will move this Court before the Hon. Pamela K. Chen, U.S.D.J., in room ____ ,United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on the _____ day of _____, 2015 at _____ Am/PM or as soon thereafter as counsel can be heard for an Order pursuant to Federal Rule of Civil Procedure 60(b) vacating the default judgment entered in this case on November 24, 2014 and for such other relief as the Court deems appropriate.

Dated: New York, New York
February 18, 2015

s/ Robert Fox

_____

ROBERT FOX, ESQ.
Attorney for Mohammed Mohammed, El-Rawsheh Café & Restaurant, Inc., El-Rawsheh Café, Inc., El Rawsheh Cuisine, Inc. d/b/a El-Rawsheh herein
630 Third Avenue
New York, New York 10017
Phone: (212) 867-9595
Fax: (212 949-1857

To: Law Offices of Jeanne Mirer, Esq.
Attorney for Plaintiff
1700 Broadway,
New York, New York 10019
Jeanne@jmirerlaw.com