ROBERT FOX, ESQ.
630 Third Avenue
New York, New York 10017
(212) 867-9595

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CELESTINO PACHECO LOPEZ,

    Plaintiff,

MOHAMMED MOHAMMED, KIRSTEN
GOLDBERG, EL-RAWSHEH CAFÉ &
RESTAURANT, INC., EL-RAWSHEH
CAFÉ, INC., EL RAWSHEH CUISINE, INC., d/b/a
EL-RAWSHEH,

    Defendants

Case No. 14-CV-4443 (PKC)

AFFIDAVIT OF
IHAB ILBANA

---

STATE OF NEW YORK  )
                              )ss:
COUNTY OF QUEENS  )

I, IHAB ILBANA, hereby depose and say:

1. I am employed at El-Rawsheh Cuisine, which is located on 25-48 Steinway Street in Astoria, New York. I have been employed there since early 2014.

2. I was never served with the Summons and Complaint (or any other papers) in this case on July 29, 2014. Indeed, no one even attempted to serve me with any papers on that date or any other date.

3. Although I would not have accepted service on behalf of any of the Defendants, if anyone had left papers in my vicinity, I would have given them to either Mr. Mohammed or to George Fanous. I am unaware of anyone by the name of Kirsten Goldberg.

_____
IHAB ILBANA

Sworn to before me this

6th day of February, 2015

_____
Notary Public

02/06/2015

**ASHRAF A. HANNO**
Notary Public, State of New York
No. 01HA6313974
Qualified in Queens County, Filed NYC County
Commission Expires Nov. 3, 2018