UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Celestino Pacheco Lopez, on behalf of himself and those similarly situated,

        Plaintiffs,

v.

Mr. Mohammed Mohammed, El-Rawsheh Café & Restaurant Inc., El-Rawsheh Café Inc., El-Rawsheh Cuisine Inc., and/or Kirsten Goldberg or Other Owner(s) d/b/a El-Rawsheh

        Defendants.
---------------------------------------------------------------x

**No.: 14 cv 4443**
Hon. Pamela K. Chen
AFFIDAVIT OF SERVICE OF PLAINTIFFS' CLASS ACTION COMPLAINT WITH JURY DEMAND

STATE OF NEW YORK   )
                         )ss:
COUNTY OF NEW YORK )

        I am not a party to the action, am over 18 years of age and reside in Queens County, New York.

        I left a true copy of the Class Action Complaint with Jury Demand and accompanying Summons at the individual's place of work (address listed below) with Ihab Ilbana, a person of suitable age and discretion who works there, on July 29, 2014, and mailed a copy via USPS First Class mail to the following person and last known address set forth below:

                        Mohammed Mohammed
                        c/o El-Rawsheh
                        2548 Steinway Street
                        Astoria, NY 11103

Sworn to before me this

4th day of August, 2014.

                                                Rose Regina Lawrence

Notary Public

                    REBECCA T. ISHAK
                  Notary Public, State of New York
                        No. 01IS6286012
                    Qualified in Queens County
                 Commission Expires July 22, 2017