

**Lopez, Celestino Pacheco**
Dishwasher. Worked from Last week of June, 2013, through June 21, 2014.

Minimum wage

| Date Range | Number of weeks | Hours per Week | Pay rate per week | Compliant rate | Difference |
|---|---|---|---|---|---|
| 6/23/2013 - 12/30/2013 | 26 | 84 | $420 | $609 | $4,914.00 |
| (training week) | 1 | 84 | $350 | $609 | $259.00 |
| 12/31/2013 - 6/21/2014 | 24 | 84 | $420 | $672 | $6,048.00 |
| (last week, never paid) | 1 | 84 | $0 | $672 | $672.00 |
| | | | | TOTAL | $11,893.00 |

Overtime

| Date Range | Number of weeks | Hours of overtime per week | Base hourly rate | Additional ½ time due |
|---|---|---|---|---|
| 6/23/2013 - 12/30/2013 | 27 | 44 | $7.25 | $4,306.50 |
| 12/31/2013 - 6/21/2014 | 25 | 44 | $8.00 | $4,400.00 |
| | | | TOTAL | $8,706.50 |

Spread of Hours

| Date Range | Number of weeks | Shifts per week over 10 hours | Minimum wage at time | Spread of Hours due |
|---|---|---|---|---|
| 6/23/2013 - 6/21/2013 | 27 | 7 | $7.25 | $1,370.25 |
| 12/31/2013 - 6/21/2014 | 25 | 7 | $8.00 | $1,400.00 |
| | | | TOTAL | $2,770.25 |

Complete set of calculations

| Item | Amount |
|---|---|
| Minimum wage | $11,893.00 |
| Overtime | $8,706.50 |
| Spread of Hours[1] | $2,770.25 |
| Damages[2] | $23,369.75 |
| Notice and Records violation- Wage Statement[3] | $2,500.00 |
| Notice and Records violation- Wage Notice[4] | $2,500.00 |
| TOTAL | $51,739.50 |

[1] Spread of Hours is payment of one additional hour at minimum wage for all shifts exceeding 10 hours.
[2] Damages are equal to the total unpaid wages (minimum wage, overtime, and spread of hours).
[3] New York State requires that employers provide employees with wage statements (pay stubs) with their pay. The penalty for failure to do so is $100.00 per week since February 1, 2011, with a cap at $2,500.00.
[4] New York State requires that employers provide employees with wage notice at time of hire and by February 1st of each year. The penalty for failure to do so is $50.00 per week since February 1, 2011, with a cap at $2,500.00.

Name:   Celestino

| Monies owed: | override amounts: | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| minimum wage | 11893 | | | | | | | |
| overtime | 8706.5 | | | | | | | |
| spread of hours | 2770.25 | | | | | | | |
| damages | 23369.75 | | | | | | | |
| n&r-statement | 2500 | 2500 $2,500 limit of | | | | | | |
| n&r- notice | 2500 | 2600 $2,500 limit of | | | | | | |
| uniform fees | 0 | | | | | | | |
| TOTAL | 51739.5 | 7800 | | | | | | |

MINIMUM WAGE OWED:   11893

| start date | end date | number of weeks on to the modification | rate of weeks | number of hours per week | wage rate week | wage at minimum time | discrepency | amount owed |
|---|---|---|---|---|---|---|---|---|
| 6/23/2013 | 12/30/2013 | -1 | 26 | 420 | 5 | 7.25 | 2.25 | 4914 |
| 12/31/2013 | 6/21/2014 | | 24 | 420 | 5 | 8 | 3 | 6048 |
| | | 1 | 1 | 350 | 84 | 4.166667 | 7.25 | 3.083333 | 259 |
| | | 1 | 1 | 0 | 84 | 0 | 8 | 8 | 672 |
| | | 1 | 0 | | | | | 0 | 0 |
| end | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| OVERTIME OWED: | 8706.5 | | NOTE: if wage rate < minimum wage, override wage rate | | | | | | |
| start date | end date | modification to the number of weeks | number of weeks | rate per week | hours per week | wage rate | hours of overtime | overtime owed | notes |
| 6/23/2013 | 12/30/2013 | -1 | 26 | | 84 | 7.25 | 44 | 4147 | |
| 12/31/2013 | 6/21/2014 | | 24 | | 84 | 8 | 44 | 4224 | |
| | | 1 | 1 | | 84 | 7.25 | 44 | 159.5 | |
| | | 1 | 1 | | 84 | 8 | 44 | 176 | |
| | | | 0 | | 1 | 0 | -39 | 0 | |
| end | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SPREAD OF HOURS OWED: | 2770.25 | NOTE: only since 1/1/2011 | NOTE: use EITHER total shifts line or lower section | | | | | | |
| Total shifts : | | Amount Owed: | 0 | | | | | | |
| start date | end date | modification to the number of weeks | number of weeks | shifts per week | motification to the number of shifts | total shifts | amount owed | 2770.25 | < that is a holder cell, ignore |
| 6/23/2013 | 12/30/2013 | | 27 | 7 | | 189 | 1370.25 | | |
| 12/31/2013 | 6/21/2014 | 1 | 25 | 7 | | 175 | 1400 | | |
| | | | 0 | | | 0 | 0 | | |
| | | | 0 | | | 0 | 0 | | |
| 10/17/2014 | 12/21/2013 | | -43 | | | 0 | 0 | | |
| end | 299.5 | | | | | | | | |
| | 0.82054795 | | | | | | | | |

PENALTIES

| | | | | |
|---|---|---|---|---|
| Notice and record keeping violation (wage statements): | 5200 | NOTE: Limit of $2,500 total | NOTE: only since 2/1/2011 | |
| start date | end date | modification to the number of weeks | number of weeks | amount owed: |
| 6/23/2013 | 6/21/2014 | 1 | 52 | 5200 |
| | | | 0 | 0 |
| | | | 0 | 0 |
| | | | 0 | 0 |
| | | | 0 | 0 |
| end | | | | |

| | | | | |
|---|---|---|---|---|
| Notice and record keeping violation total (wage notice): | 2600 | NOTE: Limit of $2,500 total | NOTE: only since 2/1/2011 | |
| start date | end date | modification to the number of weeks | number of weeks | amount owed: |
| 6/23/2013 | 6/21/2014 | 1 | 52 | 2600 |
| | | | 0 | 0 |
| | | | 0 | 0 |
| | | | 0 | 0 |
| | | | 0 | 0 |
| end | | | | |

