***ROBERT FOX, ESQ***
***Attorney at Law***

            630 Third Avenue, New York, New York 10017
            (212) 867-9595   Fax: (212) 949-1857

                    February 20, 2015

Hon. Pamela J. Chen
United States District Judge
United States Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re: <u>Lopez v. Mohammed et al. 14-CV-4443 (PKC)</u>

Honorable Judge:

  This office represents Defendants Mohammed Mohammed, El-Rawsheh Café & Restaurant, Inc., (incorrectly names), El-Rawsheh Café, Inc. (incorrectly named), and El Rawsheh Cuisine, Inc. d/b/a El-Rawsheh in the above-referenced case.

  Defendnats wish to file a motion to vacate the default judgment entered in this case against the Defendants on November 24, 2014 pursuant to F.R.C.P. 60(b). Therefore, Defendants request that the court set a return date for the motion. The motion is being filed without a return date simultaneously with this letter.

  There is one remaining Defendant in this case, Kirsten Goldberg. This office does not represent her and does not know who she is.

              Respectfully Submitted,
              s/ Robert Fox

              Robert Fox, Esq.

cc: Jeanne Mirrer, Esq.