**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of February, two thousand and fifteen,

_____

| | |
|---|---|
| Celestino Pacheco Lopez, on behalf of himself and those similarly situated, | **ORDER**<br>Docket Number: 14-4796 |
| Plaintiff - Appellee, | |
| v. | |
| Mohammed Mohammed, | |
| Defendant - Appellant, | |
| El-Rawsheh Cafe & Restaurant Inc., DBA El-Rawsheh, El-Rawsheh Cafe Inc., DBA El-Rawsheh, El-Rawsheh Cuisine Inc., DBA El-Rawsheh, Kirsten Goldberg, | |
| Defendants. | |

_____

A notice of appeal was filed on December 31, 2014. The filing fee of $505.00 was due to be paid to the district court by January 14, 2015. The case is deemed in default.

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion were mailed to appellant at the beginning of the case. They are also available on the Court's website [www.ca2.uscourts.gov](www.ca2.uscourts.gov).

IT IS HEREBY ORDERED that the appeal is dismissed March 3, 2015 unless by that

**MANDATE ISSUED ON 04/02/2015**

date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit